UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KHWAJA MOHAMMAD MANSOOR                                    PETITIONER
ABBASI, # A 221-388-272

VERSUS                              CIVIL ACTION NO. 5:26cv31-DCB-RPM

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; FIELD
OFFICE DIRECTOR, IMMIGRATION
AND CUSTOMS ENFORCEMENT, NEW
ORLEANS FIELD OFFICE; WARDEN,
ADAMS COUNTY CORRECTIONAL
CENTER; SECRETARY, UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY; and ATTORNEY GENERAL
OF THE UNITED STATES                                       RESPONDENTS

**<u>ORDER GRANTING MOTIONS TO AMEND AND DENYING MOTION TO SEAL</u>**

BEFORE THE COURT are *pro se* Petitioner Khwaja Mohammad Mansoor Abbasi's

Motion for Order to Show Cause [8], Requests for Expedited Review [10, 13], Emergency

Motion for Immediate Release [11], which the Court construes as motions to amend, and Motion

to Seal Records [12].  Abbasi is an alien detainee in the custody of the Department of Homeland

Security, and he brings this action under 28 U.S.C. § 2241.  He reasserts and supplements his

Petition [1] and moves to seal this case.  The Court having considered Petitioner's submissions

and the relevant legal authority.

The motions [8, 10, 11, 13] to amend are granted to the extent they supplement the

Petition.  The Court will consider the allegations contained within the pleadings.

The Motion to Seal asks that either the entire case or any documents containing sensitive

information be "sealed from public access."  (Mot. to Seal at 2).  This motion is denied.  The

case has already been filed under access restricted to case participants and public terminals.

Petitioner does not provide any authority in support of a higher level of restriction at this time.

**IT IS, THEREFORE, ORDERED** that *pro se* Petitioner Khwaja Mohammad Mansoor Abbasi's Motion for Order to Show Cause [8], Requests for Expedited Review [10, 13], and Emergency Motion for Immediate Release [11], which the Court construes as motions to amend, are **GRANTED** to the extent they supplement the pleadings.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Seal Records [12] is **DENIED.**

**SO ORDERED**, this the 24th day of April, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE