UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KHWAJA MOHAMMAD                                           PETITIONER
MANSOOR ABBASI


VERSUS                                CIVIL ACTION NO. 5:26-CV-31-DCB-RPM


WARDEN, ADAMS COUNTY
CORRECTIONAL CENTER                                       RESPONDENT


<u>**ORDER DIRECTING STATUS UPDATE**</u>

This matter is before the Court *sua sponte*.  On January 28, 2026, Khwaja Mohammad

Mansoor Abbasi filed a pro se [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §

2241.  Petitioner is a native of Afghanistan.  At the time the petition was filed, he was an

immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.

He has been in ICE custody since December 2024.  On August 22, 2025, an Immigration Judge

found Petitioner inadmissible and denied his request for asylum, but withheld removal to

Afghanistan.  [1-1].  Both Petitioner and the Government waived their appeal.

Respondent filed an answer on May 19, 2026.  According to Respondent, the

Government is in the process of seeking to remove Petitioner to a third country.  [21].  In a

declaration dated May 14, 2026, Respondent recited its numerous communications with ERO

and the State Department regarding Petitioner's third country removal status.  [21-1].  Given the

length of time Petitioner has been detained following his final order of removal, and considering

controlling precedent of *Zadvydas v. Davis*, 533 U.S. 678 (2001), the Court directs Respondent

to provide an update regarding Petitioner's removal to a third country.  This response should

include a detailed description of efforts that have been made since May 14, 2026, to effectuate

his removal.

IT IS THEREFORE ORDERED that, **on or before July 24, 2026**, Respondent shall file

a status update in compliance with this Order.

SO ORDERED AND ADJUDGED, this the 10th day of July 2026.


/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2